CHARLES E. GIBSON, *Appellee,* v. JOSEPH A. BROWN, *Appellant.*

No. 16,759.

Appeal from Hamilton district court. Opinion filed December 10, 1910. Reversed.

*Bennett R. Wheeler,* and *John F. Switzer,* for the appellant.

*Per Curiam:* This case is in all respects like *Gibson v. Wilkins,* ante, p. 812, and is reversed for the reasons stated in the opinion filed therein.